**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **TYREE STRATTON** | **:** | **No. 05-68-2** |
| | **:** | |

## ORDER

**AND NOW,** this 5th day of January, 2021, upon consideration of Defendant Tyree Stratton's *pro se* "Motions for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) and the CARES Act" (ECF Nos. 205, 208), the Government's response in opposition (ECF No. 206), and Defendant's supplemental submission (ECF Nos. 207), it is hereby **ORDERED** that Defendant's Motions are **DENIED.**

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
**MITCHELL S. GOLDBERG, J.**